## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

REGINA CULLINS-WHITE                                             PLAINTIFF

v.                        4:07CV00663 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                      DEFENDANT

## **ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

DATED this 13th day of June, 2008.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE