IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

REGINA CULLINS-WHITE                                                                         PLAINTIFF

v.                                             4:07CV00663 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 13th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE